**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00098-LTB

TORSTEN M. ECKSTEIN, M.D.,

    Plaintiff,

v.

MICHAEL B. MUKASEY, U.S. Attorney General,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO T. GONZALEZ, Director, USCIS, and
ROBERT MUELLER, III, Director, Federal Bureau of Investigation,

    Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 9 - filed April 22, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: April 23, 2008